FILED
2026 Mar-31  AM 10:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONNIE WAYNE BROWN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-222-ACA-SGC** |
| | ) | |
| **WARDEN SMITH,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## FINAL ORDER

Consistent with the accompanying memorandum opinion (doc. 13), the court **DISMISSES** the petition for a writ of habeas corpus (doc. 1).

The court **GRANTS** a certificate of appealability on the following question: whether Mr. Brown has shown that his attorney's abandonment is an extraordinary circumstance that prevented him from filing a timely petition for purposes of equitable tolling.

**DONE** and **ORDERED** this March 31, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE